**Order entered September 25, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01211-CV

### OPTIMAL BLUE, L.L.C., Appellant

### V.

### VANTAGE PRODUCTION, L.L.C., Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02838-2014**

## ORDER

Before the Court is Appellee's Unopposed Emergency Motion to Seal. Pursuant to rule 52.10 of the Texas Rules of Appellate Procedure, we **ORDER** the Clerk to treat Exhibits A-17, A-18, A-19, A-20, A-21, A-22, A-23, A-24, A-25, A-26, and A-27 located under Tab 7 of the record filed in support of Appellant's Motion for Emergency Temporary Relief as a confidential file.

This order shall remain in effect for a period of twenty-one days from the date of this order to allow the parties to seek and obtain from the trial court a sealing order that complies with rule 76a of the Texas Rules of Civil Procedure. Upon the expiration of twenty-one days from the date of this order, the Clerk shall make all documents filed in this case publicly

accessible unless either party has obtained from the trial court a sealing order that complies with rule 76a of the Texas Rules of Civil Procedure.

/s/ MICHAEL J. O'NEILL
   JUSTICE